**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------

MICHAEL J. BEMIS,

                            Plaintiff,
              vs.                            No. 1:11-CV-05
                                                                     (NAM/DRH)

ULSTER COUNTY RESOURCE RECOVERY
AGENCY, et al.,

                            Defendants.
-----------------------------------------------------------------------

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

     The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled.  Counsel has also advised Judge Homer that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

     **ORDERED** that:

          1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated;

          2. The dismissal of the above-captioned case shall become **with prejudice** on the forty-sixth day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated;

          3. The Court will retain jurisdiction to enforce the settlement agreement in this

case; and

        4. The Clerk shall serve by electronic mail copies of this Judgment upon the attorneys for the parties appearing in this action.

**IT IS SO ORDERED.**

DATED: July 5, 2011

Norman A. Mordue
Chief United States District Court Judge